# ATTACHMENT A

Between January 1, 2022, and June 16, 2022, said dates being approximate, within Jasper County, in the Western District of Missouri, the defendant, **MARK COMER**, knowingly received and distributed, any visual depiction, using any means or facility of interstate or foreign commerce, that has been mailed, and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).